UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

**DAMIEN ANTHONY SUBLETT**                                               **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 5:12CV-P97-R**

**ROBERT WHITE et al.**                                           **DEFENDANTS**

## MEMORANDUM AND ORDER

*Pro se* Plaintiff, Damien Anthony Sublett, has filed a motion to appoint counsel (DN 5). He states that he is a pauper and he does not have adequate legal skills to litigate this case.

In a civil case, appointment of counsel is not a constitutional right. *Lavado v. Keohane*, 992 F.2d 601, 605 (6th Cir. 1993). Title 28, United States Code, section 1915(e)(1) indicates that court-enlisted assistance of counsel is not mandatory, but merely a matter of discretion. *See Martin v. Harvey*, 14 F. App'x 307, 310 (6th Cir. 2001). Furthermore, appointment of counsel is justified only in exceptional circumstances. *Lavado*, 992 F.2d at 606. The relevant factors that must be looked at in determining if exceptional circumstances exist are the complexity of the issues involved and the ability of Plaintiff to represent himself. *Id.*

The Court does not find that the complexity of the legal issues in this case necessitates the appointment of counsel. Further, it appears that Plaintiff is familiar with the workings of the legal system and is able to sufficiently represent himself at this time. Plaintiff has not set forth any exceptional circumstances warranting appointment of counsel.

Plaintiff's motion (DN 5) is hereby **DENIED**.

Date:

cc:      Plaintiff, *pro se*
4413.009